**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 2:26-cr-00390** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **FRANCISCO JAVIER CERVANTES-GONZALES** | **:** | **MAGISTRATE JUDGE LEBLANC** |

**REPORT AND RECOMMENDATION ON FELONY**
**GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE**

Defendant appeared on October 22, 2026, for an initial appearance and arraignment on an Indictment, at which time he sought to enter a guilty plea. Pursuant to Title 28, United States Code, Section 636(b), this matter was referred by the District Court for administration of Guilty Plea under Rule 11 of the Federal Rules of Criminal Procedure. Doc. 20.

Defendant expressed a desire to waive his right to plead guilty before a United States District Judge and to enter into a plea before the U. S. Magistrate Judge. Defendant indicated on the record his desire to consent to proceed before the undersigned and executed a waiver. Defendant was at all times represented by counsel, Andrew M. Casanave.

After said hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and that his guilty plea to Count One of the one-count Indictment is fully supported by the written factual basis acknowledged by defendant orally in court and by his signature on the written document. This factual basis supports each essential element of the offense to which the defendant pled.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, FRANCISCO JAVIER CERVANTES-GONZALES, and that he be finally adjudged guilty of the offense charged in Count One of the Indictment.

Sentencing is set for December 10, 2026, at 1:30 PM, before the Honorable James David Cain, Jr., in Lake Charles, Louisiana. Defendant executed a waiver of Federal Rule of Criminal Procedure 32 requirements and presentence investigation interview. Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter. Defendant is to remain in the custody of the U.S. Marshal pending sentencing.

**THUS DONE AND SIGNED** in Chambers this 22nd day of October, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**